UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JASON K. WILSON, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) No. 2:14-CV-147-JRG-MCLC ) |
| RONNIE LAWSON, BUTCH GALLION, TONY ALLEN, JOHN DOE, and JANE DOE, | ) ) ) ) |
| *Defendants.* | ) ) |

## **MEMORANDUM OPINION**

State prisoner Jason K. Wilson, ("Plaintiff") filed this pro se civil rights action for injunctive and monetary relief pursuant to 42 U.S.C. § 1983, alleging that he was denied medical and dental treatment at the Hawkins County Detention Center [Doc. 1]. On June 22, 2017, the Court entered an order, screening the complaint to determine whether, *inter alia*, the pleading failed to state a claim which would entitle Plaintiff to relief under § 1983 [Doc. 5]. The Court found that the complaint, as pled, failed to state a claim but that it might state a claim if Plaintiff amended certain allegations therein [*Id.*]. Thus, the Court allowed Plaintiff 30 days from that date to amend those allegations [*Id.*].

More than 30 days have passed, and Plaintiff has failed to amend his complaint or otherwise respond to the Court's order. Therefore, this lawsuit will be **DISMISSED** for failure to state a claim. 28 U.S.C. 1915(e)(2).

**AN APPROPRIATE ORDER WILL ENTER**.

**ENTER:**

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE